

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00418-CV

Margaret Jean **FISCHER**,
Appellant

v.

Phillip Stirling **FISCHER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-14-15-CV
The Honorable William Old, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on November 25, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle, Clerk